UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

STRIKE 3 HOLDINGS, LLC, a limited
liability company,

    Plaintiff,

v.

                                        Case No. 5:23-cv-635-TJC-PRL

JOHN DOE, subscriber assigned IP
address 72.239.140.245, an individual,

    Defendant.

## **O R D E R**

Upon review of the Plaintiffs Notice of Voluntary Dismissal (Doc. 9), filed on January 5, 2024, this case is dismissed with prejudice. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 10th day of January, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

jcd
Copies:

Counsel of record